IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09mc23

|  |  |  |
|---|---|---|
| In Re: | ) ) ) ) ) ) | ORDER |
| DARRYL COLEMAN |  |  |

**THIS MATTER** is before the Court for summary contempt proceedings, pursuant to 18 U.S.C. § 401(1) and Fed. R. Crim. P. 42(b).

The Court certifies the following: on February 17, 2009, the Court was proceeding with the sentencing of Cordaryl Coleman, Case No. 3:08cr12. The Court allowed Darryl Coleman to speak on his brother's behalf during the hearing. During the pronouncement of the sentence, Darryl Coleman stood in gallery with the hood of a grey sweatshirt over his head. He yelled remarks and loudly slammed the door upon leaving the courtroom. When Darryl Coleman was brought back to the courtroom by a deputy U.S. Marshal, he laid down on the floor in the gallery. The Court observed all of this conduct.

Darryl Coleman's misbehavior obstructed the administration of justice during the sentencing hearing. The Court's attention was distracted from the imposition of the sentence of Cordaryl Coleman and the dignity of the proceedings was affronted in a substantial way. Summary contempt proceedings were necessary to maintain order in the courtroom.

**IT IS, THEREFORE, ORDERED** that the Darryl Coleman is found in contempt of court and sentenced to one night's imprisonment.

Signed: February 19, 2009

Robert J. Conrad, Jr.
Chief United States District Judge